UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIRIAM ZUNIGA,<br><br>             Plaintiff,<br><br>        v.<br><br>COSTCO WHOLESALE CORPORATION, et al,<br><br>             Defendant. | Case No. 23-cv-02454-EMC<br><br>**ORDER TO SHOW CAUSE** |

Parties were given due notice of case management conference held on August 13, 2024. Counsel for Plaintiff failed to appear. The Court hereby orders Plaintiff to Show Cause as to why Plaintiff's counsel should not be sanctioned for failure to appear. Plaintiff shall respond by August 27, 2024.

Plaintiff is to appear on time for a Further Case Management Conference on 9/17/2024.

**IT IS SO ORDERED.**

Dated: August 13, 2024

_____
EDWARD M. CHEN
United States District Judge