UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIRIAM ZUNIGA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COSTCO WHOLESALE CORPORATION, et al,<br><br>　　　　　Defendant. | Case No. 23-cv-02454-EMC<br><br>**ORDER TO SHOW CAUSE** |

　　　Parties were given due notice of case management conference held on August 13, 2024. Counsel for Defendant failed to appear. The Court hereby orders Defendant to Show Cause as to why Defendant's counsel should not be sanctioned for failure to appear. Plaintiff shall respond by August 27, 2024.

　　　Defendant is to appear on time for a Further Case Management Conference on 9/17/2024.

　　　**IT IS SO ORDERED.**

Dated: August 13, 2024

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　EDWARD M. CHEN
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge