Kevin M. Cowan Esq. (SBN #284271)
**SAN JOSE PERSONAL INJURY ATTORNEYS**
1798 Technology Drive, Suite 130
San Jose, CA 95127
Ph: (408) 217-1778
Facsimile: (408) 477-2613
Email: Kevinc@calawinjury.com

Attorney for,
MIRIAM ZUNIGA

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| MIRIAM ZUNIGA, an individual;<br><br>Plaintiff,<br><br>    vs.<br><br>COSTCO WHOLESALE CORPORATION, CORY CONDREN, an individual, and DOES 1-25 inclusive,<br><br>Defendants. | Case No.: **3:23-CV-02454-EMC**<br><br>**STIPULATION OF DISMISSAL [FRCP 41(A)] AND ORDER OF DISMISSAL**<br><br>Judge: Hon. Edward M. Chen |

     Plaintiff Miriam Zuniga and Defendants Costco Wholesale Corporation and Cory Condren hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(ii) that this action be dismissed with prejudice as to all claims, causes of action, with each party bearing that party's own attorney's fees and costs.

Dated: February 18, 2025        **SAN JOSE PERSONAL INJURY ATTORNEYS**

                                       By: /s/ Kevin M. Cowan
                                          Kevin M. Cowan, Esq.
                                          Attorney for Plaintiff Miriam Zuniga

| | |
|---|---|
| Dated: February 18, 2025 | **CESARI WERNER & MORIARTY** |
| | By: /s/ Sean Moriarty |
| | Sean Moriarty, Esq. |
| | Attorney for Defendants Costco Wholesale Corporation and Cory Condren |

**STIPULATION OF DISMISSAL [FRCP 41(A)] AND ORDER OF DISMISSAL**

**ORDER OF DISMISSAL**

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS ORDERED THAT THIS ACTION, AND HEREBY IS DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The clerk is directed to close the file.

Dated: February 19, 2025

_____
EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE